**FAEGRE DRINKER BIDDLE & REATH LLP**
MICHAEL JAEGER (SBN 289364)
michael.jaeger@faegredrinker.com
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone:  (310) 500-2090
Facsimile:   (310) 500-2091

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAKISHA LONG,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELAN FINANCIAL SERVICES,<br>U.S. BANK, N.A.<br><br>          Defendants. | Case No. 2:20-cv-02443-GW-JEM<br><br>*Assigned to: George H. Wu*<br>*Referred to: John E. McDermott*<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:       March 13, 2020 |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants "Elan Financial Services, U.S. Bank, N.A.," more properly known as "U.S. Bank National Association, d/b/a Elan Financial Services" and U.S. Bank, N.A. (collectively "U.S. Bank"), certify that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Lakisha Long;
2. Defendants U.S. Bank National Association, d/b/a Elan Financial Services, and U.S. Bank, N.A.; and
3. Counsel of record for the parties.

Pursuant to Federal Rule of Civil Procedure 7.1, U.S. Bank National Association states that it is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. Berkshire Hathaway Inc., together with certain of its affiliates, owns over 10% of U.S. Bancorp's outstanding common stock.  "U.S. Bank National Association, d/b/a Elan Financial Services" is not a separate or distinct legal entity from U.S. Bank National Association.

DATED:  April 28, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Michael Jaeger*
Michael Jaeger
*Attorneys for Defendants*