Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Lakisha Long

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Lakisha Long,<br><br>       Plaintiff<br><br>   v.<br><br>U.S. Bank, N.A., Elan Financial Services<br><br>       Defendants. | Case No.: 2:20-cv-02443-GW-JEM<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT U.S. BANK, N.A., ELAN FINANCIAL SERVICES |
|---|---|

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Lakisha Long and defendants U.S. Bank, N.A. and Elan Financial Services have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of U.S. Bank and Elan Financial Services, with prejudice, within 35 days once the settlement is finalized.

                                          **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:  September 18, 2020                /s/ *Joe Angelo*
                                          Joe Angelo
                                          Attorney for Plaintiff