Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Lakisha Long

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAKISHA LONG<br><br>     Plaintiff,<br><br>vs.<br><br>US BANK, N.A., ELAN FINANCIAL SERVICES<br><br>     Defendants. | Case No.: 2:20-cv-02443-GW-JEM<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS US BANK, N.A. AND ELAN FINANCIAL SERVICES** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Lakisha Long and Defendants US Bank, N.A. and Elan Financial Services, that US Bank, N.A. and Elan Financial Services be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.


DATED:  September 28, 2020          **Gale, Angelo, Johnson, & Pruett, P.C.**


                                   By: _____ */s/ Joe Angelo* _____
                                   Joe Angelo
                                   Attorneys for Plaintiff
                                   Lakisha Long


DATED:  September 28, 2020          **Faegre Drinker Biddle & Reath LLP**


                                   By: _____ */s/ Michael Jaeger* _____
                                   Michael Jaeger
                                   Attorneys for Defendants
                                   US Bank, N.A., Elan Financial Services


    I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael Jaeger concurred in this filing. */s/ Joe Angelo*