JS-6

Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Lakisha Long

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAKISHA LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANK, N.A., ELAN FINANCIAL SERVICES<br><br>    Defendants. | Case No.: CV 20-2443-GW-JEMx<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, US Bank, N.A. and Elan Financial Services are dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 29, 2020

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE